UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Optima Media Group Limited, *et al.*,

                Plaintiffs,

–v–

Bloomberg L.P.

                Defendants.

FEB 0 5 2020

17 Civ. 01898 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    According to Court's August 8, 2019 Order in the above-captioned matter, fact discovery was scheduled to close on November 15, 2019, with a post-discovery status conference scheduled for February 14, 2020. In light of those deadlines, it is hereby ORDERED that by February 9, 2020, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

    SO ORDERED.

Dated: February 5, 2020
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge