USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Optima Media Group Limited, *et al.*,

                          Plaintiffs,

          –v–

Bloomberg L.P., *et al.*,

                          Defendants.

17-cv-1898 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       A bench trial is currently scheduled to begin in this matter on October 5, 2020. A final pretrial conference is scheduled for September 2, 2020. Dkt. No. 127.

       Given continuing concerns regarding the COVID-19 pandemic and public safety, proceeding in person on the scheduled trial date may not prove feasible. Several Judges in this District have successfully used secure video conferencing platforms to conduct bench trials remotely. *See Ferring Pharm. Inc., et al. v. Serenity Pharm. LLC, et al.* (Case No. 17-cv-9922-CM, S.D.N.Y.); *SEC v. Paulsen* (Case No. 18-cv-6718-PGG, S.D.N.Y.); *Financial Guaranty Insurance Company v. The Putnam Advisory Company, LLC* (Case No. 12-cv-7372-LJL S.D.N.Y.).

       The parties are hereby ORDERED to meet, confer, and submit a joint letter to the Court no later than August 15, 2020 regarding whether they are willing to conduct the bench trial remotely. If so, the parties should include in their joint letter information regarding technologies that would enable the Court and the litigants to proceed remotely.

       SO ORDERED.

Dated: August 4, 2020
   New York, New York

_____
ALISON J. NATHAN
United States District Judge