```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Optima Media Group, Ltd., *et al.*,

                Plaintiffs,

    –v–

Bloomberg L.P.,

                Defendant.

17-cv-1898 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Given the current stage of the COVID-19 pandemic in New York City and restraints on the Court's ability to conduct in-person proceedings, the Court finds it appropriate to conduct the bench trial in this matter, currently scheduled to begin October 5, 2020, entirely remotely. No later than August 31, 2020, the parties are directed to meet and confer and submit a joint proposal detailing technology that would permit the Court and the parties to proceed remotely. The final pretrial conference remains scheduled for September 2, 2020 at 3:00 P.M. and will be conducted remotely. Dkt. No. 127.

    SO ORDERED.

Dated: August 21, 2020
       New York, New York

                                              ALISON J. NATHAN
                                        United States District Judge