USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Optima Media Group Limited, *et al.*,

          Plaintiffs,

–v–

Bloomberg L.P.,

          Defendants.

17-cv-1898 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    A final pretrial conference in this matter is scheduled for September 2, 2020 at 3:00 P.M. Dkt. No. 127. The conference will be conducted telephonically. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964.

    All participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. In addition, all participants are encouraged to wear headsets or headphones with microphones, as this will improve the audio quality. Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

Dated: September 1, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge