UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020

Optima Media Group Limited, *et al.*,

                         Plaintiffs,

        –v–

Bloomberg L.P.,

                         Defendant.

17-cv-1898 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are hereby ordered to submit a Joint Letter to the Court by October 2, 2020, stating the order of witnesses they intend to call and confirming that both parties have participated in a run through of the TRIALanywhere platform with Trailgraphix.

    SO ORDERED.

Dated: September 25, 2020
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge