UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020

Optima Media Group Limited, *et al.*,

                Plaintiffs,

–v–

Bloomberg, L.P.,

                Defendant.

17-cv-01898 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are instructed to identify the portions of the previously designated deposition testimony that they propose to play live at trial and those they propose be admitted without being played live by October 1, 2020.

SO ORDERED.

Dated: September 29, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge