```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Optima Media Group Limited, *et al.*,

                Plaintiffs,

    –v–

Bloomberg, L.P.,

                Defendant.

17-cv-01898 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are instructed to provide clarification on which portions of the designated deposition testimony they propose will be admitted without being played at trial. In order to assess the parties' proposal, the Court needs to understand the nature of these designations and how long it would take for the Court to read or watch the proposed designations outside of trial. As soon as practicable today, the parties are ordered to provide the transcript portions for the designations the parties propose be admitted but not played at trial.

    SO ORDERED.

Dated: October 2, 2020
       New York, New York

                                      _____
                                        ALISON J. NATHAN
                                    United States District Judge