UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2020
```

Optima Media Group Limited, *et al.*,

                Plaintiffs,

        –v–

Bloomberg, L.P.,

                Defendant.

17-cv-01898 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A bench trial in this matter will begin October 5, 2020 at 9 A.M. The trial will be conducted remotely using a videoconferencing system. The public may access the audio of the proceeding by calling 1-703-552-8058 and entering conference code 944408.

    SO ORDERED.

Dated: October 2, 2020
       New York, New York

                                  ALISON J. NATHAN
                               United States District Judge