UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/20

Optima Media Group Limited, *et al.*,

            Plaintiffs,

—v—

Bloomberg, L.P.,

           Defendant.

17-cv-01898 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    With regard to the parties' submissions of designated deposition testimony to be admitted but not played at trial, the Court will not admit any portions for which there are outstanding objections. The parties are instructed to either resolve those objections on their own or include those portions of the testimony with those that will be played at trial. In addition, the Court strongly encourages the parties to further reduce the volume of deposition designations. In particular, for testimony that the parties are not intending to play at trial, both sides should consider whether it is necessary to seek its admission at all.

    SO ORDERED.

Dated: October 3, 2020
       New York, New York

10/3/20

ALISON J. NATHAN
United States District Judge