UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Optima Media Group Limited, *et al.*,

                Plaintiffs,

    –v–

Bloomberg, L.P.,

                Defendant.

17-cv-1898 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court informed the parties on October 16, 2020 that the Court would hold oral argument/summations on December 7, 2020. *See* Dkt. No. 166. The Court is unable to proceed with oral argument on that date. The parties shall submit a joint letter by December 4, 2020 indicating if they are available for oral argument on Thursday, December 10, 2020 at 11:00 A.M.

    The Court will hold oral argument remotely. The parties should indicate in their joint letter what logistics they anticipate for oral argument.

    SO ORDERED.

Dated: December 3, 2020
       New York, New York

                                    ALISON J. NATHAN
                                  United States District Judge