```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Optima Media Group Limited, *et al.*, <br><br>                              Plaintiffs, <br><br>               —v— <br><br> Bloomberg, <br><br>                              Defendant. | 17-cv-01898 (AJN) <br><br> ORDER |

ALISON J. NATHAN, District Judge:

    Closing argument in this matter is scheduled for December 10, 2020 at 11:00 A.M. via Zoom. Members of the public may access the audio of the proceeding by dialing 1-703-552-8058 and entering conference code 416587.

    SO ORDERED.

Dated: December 8, 2020
       New York, New York

                                                      ALISON J. NATHAN
                                            United States District Judge