UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Optima Media Group Ltd. et al.,
                              Plaintiffs,

          -against-

Bloomberg, L.P.,
                              Defendant.
------------------------------------------------------------X

17 CIVIL 1898 (AJN)

**JUDGMENT**
**For Attorney's Fees and Costs**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2022, Defendant is awarded $7,481,929.35 in attorney's fees and $1,474,563.25 in costs; accordingly, the case is closed.

**Dated:** New York, New York
          March 31, 2022

                                                        RUBY J. KRAJICK

                                                        **Clerk of Court**

                             **BY:**

                                                        **Deputy Clerk**